IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEWEY KYLE EASTERLING, | ) |
| | ) |
| v. | ) Civil Action No. 2:04cv536-WHA |
| | ) (WO) |
| GWENDOLYN MOSELY, et al., | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered in this case on this date, final judgment is entered in favor of the Defendants and against the Petitioner, Dewey Kyle Easterling, and this case is Dismissed with prejudice.

Done this 6th day of December, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE